```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EMA FINANCIAL, LLC,                                         :
                                                            :
                              Plaintiff,                    :
                                                            :         17-cv-9706 (VSB)
              -against-                                     :
                                                            :             ORDER
JOEY NEW YORK, INC., et al.,                                :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

In light of the current public health crisis, it is hereby:

ORDERED that the post-discovery conference set for May 15, 2020, is adjourned sine die. The parties are directed to meet and confer and submit a joint letter within thirty (30) days summarizing the status of discovery in this case and any anticipated motion practice. If the parties anticipate motion practice, the letter shall include a proposed briefing schedule for the Court's review. If the parties anticipate proceeding to trial, the parties shall review Rule 6 of my Individual Rules & Practices in Civil Cases and proceed accordingly.

The parties shall also inform me whether they wish to be referred to the Mediation Program or the Magistrate Judge at this time. The parties are encouraged, but not required, to pursue an alternative form of dispute resolution before commencing motion practice.

SO ORDERED.

Dated: April 22, 2020
      New York, New York

                                                 Vernon S. Broderick
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2020