```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
EMA FINANCIAL LLC,                                                  :
                                                                    :
                              Plaintiff,                            :         17-CV-9706 (VSB)
                                                                    :
              -v-                                                   :         ORDER
                                                                    :
JOEY NEW YORK INC., et al.,                                         :
                                                                    :
                              Defendants.                           :
                                                                    :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2020

<u>VERNON S. BRODERICK, United States District Judge</u>:

It is hereby:

ORDERED that the parties shall consult and advise the Court by **September 20, 2020** whether all parties consent to have this case proceed to trial before a magistrate judge rather than before this Court. Should the parties elect to proceed before a magistrate judge, they should complete the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge and submit it to the Clerk of Court.

Dated: New York, New York
       September 11, 2020

*Vernon Broderick*
Vernon S. Broderick
United States District Judge