```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EMA FINANCIAL, LLC,                                         :
                                                            :
                              Plaintiff,                    :
                                                            :         17-cv-9706 (VSB)
               -against-                                    :
                                                            :            **ORDER**
JOEY NEW YORK INC., et al.,                                 :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

The parties in their joint proposed pretrial order have requested a five (5) day bench trial. (Doc. 60 at 27). The parties have also indicated that they are generally available for trial after November 23, 2020. (Doc. 62). Accordingly, it is hereby:

ORDERED that a five (5) day bench trial in the above-captioned action will be held before me beginning on December 7, 2020 at 10:00 a.m. This trial will be conducted remotely via videoconference. If the parties confer and do not consent to a remote trial and want to wait until a courtroom is available, they should inform the Court by no later than October 19, 2020. In the event of an in-person trial, the parties should be advised that any out-of-state witnesses or attorneys, or witnesses or attorneys that have traveled out of state ahead of trial, may be required to quarantine in accordance with federal, state, and/or local laws and public health guidelines.

SO ORDERED.

Dated: October 15, 2020
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge