```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EMA FINANCIAL, LLC,                                         :
                                                            :
                              Plaintiff,                    :
                                                            :         17-cv-9706 (VSB)
              -against-                                     :
                                                            :             ORDER
JOEY NEW YORK, INC.,                                        :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

This matter is scheduled for a five-day remote bench trial beginning on December 7, 2020.  (Doc. 65.)  Accordingly, it is hereby:

ORDERED that the parties shall appear for a pre-trial telephonic conference on November 17, 2020 at 11:00 AM.  The call-in number for the conference line is 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated: November 11, 2020
       New York, New York

Vernon S. Broderick
United States District Judge