UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
EMA FINANCIAL, LLC :
:
Plaintiff, :
: 17-cv-9706 (VSB)
-against- :
: **ORDER**
JOEY NEW YORK, INC., et al., :
:
Defendants. :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am in receipt of the November 27, 2020 motion to withdraw as an attorney submitted by Defendants' counsel. (Doc. 72.) Accordingly, it is hereby:

ORDERED that Defendants Joey Chancis, Richard Chancis, and Richard Roer, and counsel for all parties in the above-captioned litigation, shall appear for a telephonic status conference on December 1, 2020 at 12:30 PM. The call-in number for the conference line is 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated: November 30, 2020
New York, New York

Vernon S. Broderick
United States District Judge