```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EMA FINANCIAL, LLC,                                         :
                                                            :
                        Plaintiff,                          :
                                                            :
            -against-                                       :
                                                            :
JOEY NEW YORK INC., et al.,                                 :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2020

17-cv-9706 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am in receipt of Plaintiff's December 15, 2020 letter, (Doc. 93,) and several filings and a letter in response from Defendant Joey Chancis. On December 2, 2020, I granted Defendants' counsel's motion to withdraw as attorney and directed individual Defendants to file a status report on or before January 19, 2021, indicating whether they had retained new counsel or intended to proceed pro se. (Doc. 75.) I further instructed Defendants that the corporate Defendants could not proceed pro se and must be represented by an attorney. (*Id.*) As of this writing, Richard Chancis has not indicated whether he will proceed pro se or will retain counsel, and no attorneys have filed appearances on behalf of any of the corporate defendants. I will not take action on any matters raised subsequent to my December 2, 2020 order until January 20, 2021, or at least until I receive word from all Defendants with regard to legal representation. Accordingly, it is hereby:

ORDERED that Plaintiff need not respond to any filings submitted after my December 2, 2020 order, (Doc. 75), until I issue a subsequent order after the issue of representation is settled for all Defendants.

      The Clerk's office is respectfully directed to mail a copy of this Order to all pro se Defendants.

SO ORDERED.

Dated: December 17, 2020
       New York, New York

                                                *Vernon Broderick*
                                                Vernon S. Broderick
                                                United States District Judge