UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
 :
EMA FINANCIAL, LLC,  :
 :
                       Plaintiff,  :
 :
      -against-  :
 :
JOEY NEW YORK INC., et al.,  :
 :
                      Defendants.  :
 :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2021

17-cv-9706 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On December 2, 2020, I granted Defendants' counsel's motion to withdraw as attorney and directed Defendants to file a status update on or before January 19, 2021, indicating whether counsel had been retained. (Doc. 75.) I also noted in my order that the corporate Defendants in the case could not proceed pro se. (*Id.*) Since then, Defendants Joey Chancis and Richard Roer each filed a notice of appearance to proceed pro se. (Docs. 86–89.) Defendant Richard Chancis has not filed a notice of appearance or filed his address on the docket. No one has filed a notice of appearance on behalf of any corporate defendant in this case. Accordingly, it is hereby:

ORDERED that all corporate Defendants in this case—Joey New York, Inc., RAR Beauty LLC, LABB, Inc., and Reflex Productions, Inc.—are in default. Accordingly, if Plaintiff intends to seek a default judgment against the corporate Defendants, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 26, 2021.

IT IS FURTHER ORDERED that Richard Chancis is directed to file a notice of appearance on the docket with his contact information. If he fails to do so, he risks the Court

finding him in default in this case.

IT IS FURTHER ORDERED that the parties shall appear for a telephonic status conference on February 3, 2021 at 12 PM. The dial-in number is 888-363-4749 and the conference code is 2682448.

IT IS FURTHER ORDERED that Plaintiff is directed to serve a copy of this Order on Defendant Richard Chancis and all corporate Defendants at their last known addresses, and then file proof of service on the docket.

SO ORDERED.

Dated: January 20, 2021
      New York, New York

_Vernon Broderick_
Vernon S. Broderick
United States District Judge