```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
EMA FINANCIAL, LLC,                                          :
                                                             :
                              Plaintiff,                     :
                                                             :                17-cv-9706 (VSB)
                      -against-                              :
                                                             :                    ORDER
JOEY NEW YORK INC., et al.,                                  :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/4/2021__

VERNON S. BRODERICK, United States District Judge:

In light of the representations made at the February 3, 2021 status conference in this case, it is hereby:

ORDERED that Richard Chancis is in default. If Plaintiff intends to seek a default judgment against Richard Chancis, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 26, 2021.

IT IS FURTHER ORDERED that, to the extent Defendants Joey Chancis and/or Richard Roer intend to file any applications—including, but not limited to, motions for leave to file an amended counterclaim, motions to file trial subpoenas, or motions for a jury trial—they are directed to do so by no later than February 26, 2021. Any motion for leave to file an amended counterclaim in particular should address how, if at all, the counterclaim differs from the claim for fraudulent inducement that I have already dismissed. (Doc. 38.) Defendants are directed to meet and confer with Plaintiff before filing any such motions.

IT IS FURTHER ORDERED that the parties shall appear for a telephonic status conference on March 25, 2021 at 12 PM. The dial-in number is 888-363-4749 and the

conference code is 2682448.

IT IS FURTHER ORDERED that Plaintiff is directed to serve a copy of this Order on Defendant Richard Chancis and all corporate Defendants at their last known addresses, and then file proof of service on the docket.

SO ORDERED.

Dated: February 4, 2021
      New York, New York

Vernon S. Broderick
United States District Judge