```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
EMA FINANCIAL, LLC,                                          :
                                                             :
                                    Plaintiff,               :
                                                             :                17-cv-9706 (VSB)
                  -against-                                  :
                                                             :                **AMENDED ORDER**
JOEY NEW YORK INC., et al.,                                  :
                                                             :
                                    Defendants.              :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2021

VERNON S. BRODERICK, United States District Judge:

There is currently a status conference scheduled in the above-captioned litigation for March 25, 2021. (Doc. 107.) Accordingly, it is hereby:

ORDERED that this March 25, 2021 status conference is adjourned until March 31, 2021 at noon. This scheduling change will allow me to consolidate this conference with the order to show cause hearing as to Defendant Richard Chancis and the corporate defendants, which will also be held at March 31, 2021 at noon. The dial-in number is 888-363-4749 and the conference code is 2682448. Defendants Joey Chancis and Richard Roer should be prepared to explain how, if at all, their proposed amended counterclaim would differ from the claim for fraudulent inducement that I have already dismissed.

IT IS FURTHER ORDERED that Plaintiff is directed to serve a copy of this Order on Defendant Richard Chancis and all corporate defendants at their last known addresses, and then file proof of service on the docket.

SO ORDERED.

Dated: March 1, 2021
       New York, New York

_____
Vernon S. Broderick
United States District Judge