```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
EMA FINANCIAL, LLC,                                          :
                                                             :
                              Plaintiff,                     :
                                                             :         17-cv-9706 (VSB)
                -against-                                    :
                                                             :              ORDER
JOEY NEW YORK INC., et al.,                                  :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

I am in receipt of a letter from Defendant Joey Chancis filed on March 24, 2021, asking what additional documents, if any, she and Defendant Richard Roer should file in advance of the upcoming status conference in this case on March 31, 2021.  (Doc. 126.)  Accordingly, it is hereby:

ORDERED that Defendants need not file any additional documents in advance of the March 31, 2021 hearing.  As I have previously instructed Defendants Joey Chancis and Richard Roer, they should be prepared to discuss why they should be permitted to submit their various requested filings—including a motion to dismiss, amended counterclaim, and motion to re-open discovery—and how, if at all, their amended counterclaim would differ from the claim from fraudulent inducement claim that I have already dismissed.

SO ORDERED.

Dated: March 26, 2021
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge