USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                   :
EMA FINANCIAL, LLC,                                :
                                                                   :
                                      Plaintiff,         :
                                                                     :                17-cv-9706 (VSB)
                    -against-                      :
                                                                     :                **ORDER**
JOEY NEW YORK INC., et al.,                :
                                                                     :
                                     Defendants.   :
                                                                     :
------------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       In light of the representations made at the May 28, 2021 conference held in this case, it is hereby:

       ORDERED that the five-day bench trial beginning on June 14, 2021 in this case will be conducted remotely via videoconference.

       IT IS FURTHER ORDERED that if the parties agree to take direct testimony through affidavit, the parties must submit those affidavits on or before June 4, 2021. Any objections to the written direct testimony must be submitted on or before June 8, 2021.

       IT IS FURTHER ORDERED that the parties are directed to meet and confer and submit a joint filing no later than June 9, 2021, with the parties' positions on the following issues: (1) whether the parties will take direct testimony live over videoconference or through affidavit, (2) whether the parties wish to provide brief opening statements at the outset of trial, and (3) whether or not the parties agree to call any common witnesses just once. The parties are also directed to provide their expected order of witnesses in this filing. If there are disputes about any of these issues, the parties are directed to make that clear in their joint filing.

IT IS FUTHER ORDERED that Plaintiff does not need to re-submit any hard copies of its original pre-trial submissions to my Chambers.

SO ORDERED.

Dated: June 1, 2021
      New York, New York

                                            Vernon S. Broderick
                                            United States District Judge