```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
EMA FINANCIAL, LLC,                                          :
                                                             :
                                   Plaintiff,                :
                                                             :      17-cv-9706 (VSB)
                   -against-                                 :
                                                             :         ORDER
JOEY NEW YORK INC., et al.,                                  :
                                                             :
                                   Defendants.               :
                                                             :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Plaintiff's June 7, 2021 letter on witnesses for the upcoming bench trial in this case, (Doc. 161), as well as Defendant Joey Chancis' June 8, 2021 letter in response, (Doc. 163). The parties have expressed a dispute as to whether or not Felicia Preston may testify using a declaration previously submitted in connection with Plaintiff's motion for summary judgment. Accordingly, it is hereby:

      ORDERED that Felicia Preston may not testify via declaration and must instead provide her testimony live. Based on the parties' representations, (*see* Docs. 161, 163), she is permitted to serve as the first witness at trial.

      IT IS FURTHER ORDERED that Defendants are directed to file a proposed trial subpoena for David Frommer, which I will review upon receipt.

      SO ORDERED.

Dated: June 9, 2021
      New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2021