UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
EMA FINANCIAL, LLC,                                           :
:
                      Plaintiff,        :
:      17-cv-9706 (VSB)
     -against-                                          :
:      **ORDER**
:
JOEY NEW YORK INC., et al.,                                   :
:
                     Defendants.      :
:
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of the June 11, 2021 trial subpoena issued to David S. Frommer by Defendant Joey Chancis in advance of the upcoming bench trial in this case beginning on June 14, 2021 at 10 a.m.  (Doc. 166.)  It is hereby:

      ORDERED that the Clerk's office is directed to approve the trial subpoena at Document 166.

  SO ORDERED.

Dated: June 11, 2021
       New York, New York

                                        Vernon S. Broderick
                                        United States District Judge