```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EMA FINANCIAL, LLC,                                         :
                                                            :
                              Plaintiff,                    :
                                                            :              17-cv-9706 (VSB)
              -against-                                     :
                                                            :                 ORDER
JOEY NEW YORK INC., et al.,                                 :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/20/2021__

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of (1) nine emails with attachments submitted by Defendant Joey Chancis, (2) nine emails with some attachments submitted by Defendant Richard Chancis, (3) a letter (Doc. 180) and email with exhibits and two ex parte submissions submitted by Plaintiff on July 15, 2021, and (4) a letter submitted by Plaintiff on July 19, 2021, representing that the parties have filed all the documents I requested in my June 21, 2021 order, (Doc. 168). Plaintiff represents—and I can confirm, from looking at the emails—that Richard Chancis failed to copy Plaintiff's counsel and the other Defendants on three emails he submitted to my Chambers inbox on the morning of July 18, 2021.

      Accordingly, it is hereby:

      ORDERED that, on or before July 23, 2021, Richard Chancis is directed to send the materials he emailed to my Chambers inbox on June 18, 2021, to Plaintiff's counsel and the other Defendants in this case.

      IT IS FURTHER ORDERED that the parties are directed to meet and confer and submit a joint letter on or before June 26, 2021, indicating potential dates in August 2021 when the

parties are all available to complete the bench trial in this case. As previously discussed, I kept the trial record open to permit further testimony from Defendant Richard Roer related to the documents received in connection to the subpoena for documents issued last month, as well as closing arguments from the parties. I also may have questions for the parties related to their recent submissions.

SO ORDERED.

Dated: July 20, 2021
      New York, New York

                                     Vernon S. Broderick
                                     United States District Judge