UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
EMA FINANCIAL, LLC, :
:
                  Plaintiff, :
: 17-cv-9706 (VSB)
    -against- :
: **ORDER**
:
JOEY NEW YORK INC., et al., :
:
                  Defendants. :
:
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/21

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of Plaintiff's July 27, 2021 letter regarding potential dates to complete the bench trial in the above-captioned case. (Doc. 184.) Accordingly, it is hereby:

      ORDERED that the parties are directed to meet and confer again regarding potential trial dates, and submit a joint filing on or before August 3, 2021 detailing a full list of the dates in August and September 2021 that all the parties are available to complete the bench trial. To the extent it affects the parties' availability, the parties should be aware that I will likely have at least some questions for Defendant Richard Roer regarding the recently submitted documents.

SO ORDERED.

Dated: July 29, 2021
       New York, New York

                                                    Vernon S. Broderick
                                                  United States District Judge