UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  8/4/2021
```

-------------------------------------------------------- X
                                     :

EMA FINANCIAL, LLC,                               :
                                     :

                 Plaintiff,     :     17-cv-9706 (VSB)

                                     :     **ORDER**

          -against-                             :

JOEY NEW YORK INC., et al.,                :
                                     :

               Defendants.   :

-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the parties' August 2, 2021 letter with proposed dates to complete the bench trial in the above-captioned case.  (Doc. 186.)  Accordingly, it is hereby:

ORDERED that the bench trial in this case will continue on August 17, 2021, beginning at 10 AM.  The trial day will be conducted over Microsoft Teams, an invite for which I will email to the parties closer to the trial day.  The parties are informed that Defendant Richard Roer will be permitted to testify as to the receipts, reimbursements, and expenses produced in response to the subpoena for documents, and that I may have questions for the parties related to the most recent submissions and other issues.  The parties will also be permitted to provide brief closing statements.

IT IS FURTHER ORDERED that the parties shall submit any post-trial briefing on or before September 3, 2021.  This post-trial briefing should be clearly divided between "Findings of Fact" and "Conclusions of Law."  To the extent the parties intend to reference the trial record, they must cite testimony from the trial transcripts in this case so that I can identify each piece of testimony in the record.

SO ORDERED.

Dated:  August 4, 2021
         New York, New York

Vernon S. Broderick
United States District Judge