```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EMA FINANCIAL, LLC,                                         :
                                                            :
                          Plaintiff,                        :
                                                            :              17-cv-9706 (VSB)
             -against-                                      :
                                                            :                  ORDER
JOEY NEW YORK INC., et al.,                                 :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2021

VERNON S. BRODERICK, United States District Judge:

In light of representations made at the August 17, 2021 trial day held in the above-captioned case, it is hereby:

ORDERED that the parties are directed to meet and confer and submit a proposed protective order by August 24, 2021.  After I sign any protective order, Plaintiff is directed to file, within three (3) days, the documentation regarding the total amount of money Plaintiff earned from all conversions and sales of Joey New York, Inc. stock.

IT IS FURTHER ORDERED that the parties are directed to file on the docket the documents and materials that they produced in response to my order at Document 168.  To the extent that the parties believe that any such documents must be redacted or file under seal, they should indicate as such.  I ask that each party file its materials in one docket entry—either by combining their materials into one combined PDF or as separate exhibits attached to a filing. The parties should not file each separate document or material as a separate docket entry.  If necessary, the parties can append such materials to their post-trial briefing, but I would prefer that the parties file these materials earlier so that all parties can cite the materials in their post-

trial briefing and we can avoid duplicate filings.

SO ORDERED.

Dated: August 17, 2021
        New York, New York

                                                Vernon S. Broderick
                                                United States District Judge