UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EMA FINANCIAL, LLC,

                Plaintiff,                17 **CIVIL** 9706 (VSB)

    -against-                         **JUDGMENT**

JOEY NEW YORK INC., et al.,

                Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 1, 2022, Judgment is GRANTED in favor of Plaintiff as to breach of contract, breach of guaranty, and constructive fraudulent conveyance.

       Judgment is DENIED as to fraudulent inducement and actual fraudulent conveyance, and Plaintiff is not permitted to pierce the corporate veil.

       Plaintiff is awarded $151,418.50 for its contractual claims, plus prejudgment interest accruing at 24% per year from July 26, 2017.

       Plaintiff's requests for specific performance and punitive damages are DENIED.

       To the extent Plaintiff seeks to file a motion for costs, expenses, and attorneys' fees, it must do so within fourteen (14) days of entry of judgment. Plaintiff is not permitted to seek costs, expenses, or attorneys' fees related to the costs of collection; accordingly, this case is closed.

**Dated:**  New York, New York
         February 2, 2022                     **RUBY J. KRAJICK**

                                                                          **Clerk of Court**
                                                 **BY:**
                                                                          **Deputy Clerk**