```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EMA FINANCIAL, LLC,                                         :
                                                            :
                            Plaintiff,                      :
                                                            :         17-cv-9706 (VSB)
            -against-                                       :
                                                            :              ORDER
JOEY NEW YORK INC., et al.,                                 :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the letter Defendant Joey Chancis submitted on February 2, 2022 concerning liability for each claim in the Complaint. (Doc. 225.) The letter was submitted to me before the Clerk's Judgment was issued. (*See* Doc. 226.) I assume the Clerk's Judgment clarified any confusion surrounding liability, but Defendant should submit any further specific questions via letter motion.

SO ORDERED.

Dated: February 14, 2022
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge