UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
EMA FINANCIAL, LLC,                                         :
                                                            :
                              Plaintiff,                    :
                                                            :         17-cv-9706 (VSB)
              -against-                                     :
                                                            :         **ORDER**
                                                            :
JOEY NEW YORK INC., et al.,                                 :
                                                            :
                              Defendants.                   :
                                                            :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Defendants Joey Chancis's and Richard Roer's motion objecting to Plaintiff's motion for attorneys' fees. (Doc. 234.) In this motion, Defendants note that Richard Chancis no longer resides at the address on the Court's docket. Accordingly, it is hereby:

      ORDERED that Defendant Richard Chancis submit a letter updating his current mailing address with the Court.

SO ORDERED.

Dated: March 18, 2022
      New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge