UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
             :
EMA FINANCIAL, LLC,            :
             :
         Plaintiff,   :
             :       17-cv-9706 (VSB)
     -against-         :
             :       **ORDER**
JOEY NEW YORK INC., et al.,     :
             :
        Defendants. :
             :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff's motion to compel compliance with post-judgment subpoenas is current pending before me. (Doc. 252.) Plaintiff shall file a letter by November 7, 2022, stating if Defendants have complied with the subpoenas.

SO ORDERED.

Dated: November 3, 2022
       New York, New York

                                                _____
                                                Vernon S. Broderick
                                                United States District Judge