```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  EMA FINANCIAL, LLC,                                       :
                                                            :
                          Plaintiff,                        :
                                                            :        17-cv-9706 (VSB)
                -against-                                   :
                                                            :             **ORDER**
  JOEY NEW YORK INC., et al.,                               :
                                                            :
                          Defendants.                       :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff EMA Financial, LLC reports that it has executed a confidential settlement agreement with Defendants Joey Chancis and Richard Roer.  (Doc. 269.)  Plaintiff therefore requests that the judgments against them be vacated and that they be dismissed from the case. Additionally, motions for attorney's fees, (Doc. 228), and to compel compliance with a subpoena, (Doc. 252), are currently pending.

      Accordingly, in light of Plaintiff's submission, the judgments entered against Defendants Joey Chancis, and Richard Roer are hereby vacated and Plaintiff's claims against them are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).  In light of this dismissal, the motions for fees and to compel Joey Chancis, and Richard Roer to comply with subpoenas are DENIED as moot.

The Clerk of Court is respectfully directed to close the motions at Docs. 228 and 252.

SO ORDERED.

Dated: September 26, 2023
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge